NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000457
27-JUL-2016
07:53 AM**

NO. CAAP-16-0000457

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

M7 CORP., Plaintiff-Appellant, v.
JK WONG GROUP, LLC, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-2472)

ORDER APPROVING THE JULY 21, 2016
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed July 21, 2016, by Defendant-Appellee JK Wong Group, LLC, the papers in support, and the record, it appears that (1) the appeal was docketed on June 16, 2016; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, July 27, 2016.


Chief Judge


Associate Judge


Associate Judge